AMERICAN TRUST COMPANY (Formerly PAN AMERICAN TRUST COMPANY), Appellant, v. JOHN J. SULLIVAN et al., Respondents.— Parol evidence was improperly admitted to vary the terms of the guarantee. There was no issue to submit to the jury in this connection. Nor was there any showing of dealing with the collateral on plaintiff's part at variance with the contract between the parties or any duty which plaintiff owed defendants. The case should not have been submitted to the jury and a verdict should have been directed for plaintiff. Judgment unanimously reversed as to the defendant Kestenbaum and judgment directed for the plaintiff, with costs to the appellant. The appeal as to the defendant Sullivan is dismissed. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

EDWARD NATHAN, Respondent, v. JULES SUSSMAN et al., Appellants, et al., Defendant.— In our opinion plaintiff did not make a sufficient showing either that the parties had reached an agreement on all the essential terms and conditions of the proposed sale or that the buyer produced by plaintiff was ready, willing and able to carry out the terms of the proposed sale to warrant submission of the issue to a jury. Judgment reversed, with costs to the appellants, and judgment is directed to be entered in favor of the appellants dismissing the complaint herein, with costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.; Cohn and Breitel, JJ., dissent and vote to affirm. Settle order on notice.